| | |
|---|---|
| 1 | LAURA E. DUFFY |
| | United States Attorney |
| 2 | STEPHEN J. SPIEGELHALTER |
| | Special Assistant U.S. Attorney |
| 3 | Trial Attorney |
| | District of Columbia State Bar No. 477015 |
| 4 | U.S. Department of Justice |
| | Criminal Division, Fraud Section |
| 5 | 1400 New York Avenue, NW |
| | Washington, DC 20530 |
| 6 | Telephone: (202) 307-1423/(202)514-6118 (Fax) |
| | Email: stephen.spiegelhalter@usdoj.gov |
| 7 | |
| | Attorneys for Plaintiff |
| 8 | United States of America |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 13CR03789-JM |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | NOTICE OF APPEARANCE |
| | ) | |
| ALAIN RIEDO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case. I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to activity in this case:

| Name | Bar No. | Telephone Number | Email Address |
|---|---|---|---|
| Eric J. Beste | 226089 (Cal.) | (619) 557-5104 | eric.beste@usdoj.gov |
| Rebecca Kanter | 230257 (Cal.) | (619) 557-6747 | rebecca.kanter@usdoj.gov |
| Stephen Spiegelhalter | 477015 (D.C.) | (202) 307-1423 | stephen.spiegelhalter@usdoj.gov |

1  Effective this date, <u>the following attorneys are no longer associated with this case</u>
2  and should <u>not</u> receive any further Notices of Electronic Filings relating to activity
3  in this case (if the generic "U.S. Attorney CR" is still listed as active in this case in
4  CM/ECF, please terminate this association):

5  <u>Name</u> (If none, enter "None" below)

6  None

7  Please call me if you have any questions about this notice.

8  DATED: October 16, 2013

9  Respectfully submitted,

10 LAURA E. DUFFY
   United States Attorney

11

12 s/Stephen J. Spiegelhalter
   _____
13 Stephen J. Spiegelhalter
   Special Assistant United States Attorney
   Trial Attorney, Criminal Div., Fraud Section
14 Attorneys for Plaintiff
   United States of America
15 Email: stephen.spiegelhalter@usdoj.gov

|   |   |   |
|---|---|---|
| 1 | UNITED STATES DISTRICT COURT | |
| 2 | SOUTHERN DISTRICT OF CALIFORNIA | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 13CR03789-JM |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| vs. | ) | |
| ALAIN RIEDO, | ) | |
| Defendant. | ) | |

IT IS HEREBY CERTIFIED THAT:

I, STEPHEN J. SPIEGELHALTER, am a citizen of the United States and am at least eighteen years of age. My business address is 1400 New York Avenue, NW, Washington, DC 20530.

I am not a party to the above-entitled action. I have caused service of the Notice of Appearance as counsel for the United States and this Certificate of Service on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 16, 2013

/s/ *Stephen J. Spiegelhalter*
STEPHEN J. SPIEGELHALTER
Special Assistant United States Attorney

3